DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 43,954

Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DIEN NGUYEN, individually and dba Cafe Ngo, <br><br> Defendant. | CASE NO. CV 99-11541-RMT (SHx) <br><br> [PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant DIEN NGUYEN, individually and dba Cafe Ngo, the Default Judgment entered on 7/31/00 (copy attached) is hereby renewed in the amounts as set forth below:

Renewal of money judgment

///

///

///

///

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-11541-RMT (SHx)    1

|   |   |
|---|---|
| a. Total judgment | $16,500 |
| b. Costs after judgment | $  -0- |
| c. Attorneys fees: | $  -0- |
| d. Subtotal (*add a and b*) | $16,500 |
| e. Credits after judgment | $  -0- |
| f. Subtotal (*subtract d from c*) | $16,500 |
| g. Interest after judgment | $ 4,125 |
| h. Fee for filing renewal application | $  -0- |
| i. **Total renewed judgment** (*add e, 5, and g*) | $20,625 |

DATED: 6/3/10

CLERK, by Lori Muraoka
Deputy

F:\USERS\DJCNEW\cafe ngo.renewal

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-11541-RMT (SHx)

2