Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD )
)
     Plaintiff,   vs. ) Case No.: 2:99-CV-11541-RMT-SH
)
DIEN NGUYEN, individually and dba Café Ngo, ) **RENEWAL OF JUDGMENT**
)
et al,    Defendant, ) **BY CLERK**
)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Kingvision Pay-Per-View, LTD, and against Defendant, Dien Nguyen, individually and dba Café Ngo, entered on June 3, 2010, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

|   |   |   |   |
|---|---|---|---|
| a. | Total judgment | $ | 20,625.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **20,625.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | 20,625.00 |
| f. | Interest after judgment(.36%) | $ | 742.70 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **21,367.70** |

Dated: ___June 2, 2020___     CLERK, by _Sharon Hall Brown_
                                                Deputy

                                   Kiry A. Gray,
                                   Clerk of U.S. District Court